# STATE OF TENNESSEE

## CIRCUIT COURT FOR SEVIER COUNTY

### COUNT ONE

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **November 1, 2021**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously make a report or statement to Gatlinburg Police Department Patrolman Jerry Merica, about an offense or incident knowing that such report or statement was false, in violation of T.C.A. 39-16-502, contrary to the statute, and against the peace and dignity of the State of Tennessee.

### COUNT TWO

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **November 1, 2021**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowing and feloniously make, present, or use any record, document or thing with knowledge of its falsity and with the intent to affect the course or outcome of the investigation or official proceeding, to wit: did file a false statement about an offense or incident to Gatlinburg Police Department Patrolman Jerry Merica, in violation of T.C.A. §39-16-503, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT THREE

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **November 5, 2021**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously, made a statement with the intent to deceive defined as perjury by T.C.A. 39-16-702, that was material during or in connection with an official proceeding to wit: allegations in Paragraph 182 and 183 in a Counter-Complaint, Sevier County Circuit Court Docket Number 21-CV-616-I filed by the defendant under oath against Hope Mason-Agan and Jeffery Mason in violation of T.C.A. 39-16-703 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT FOUR

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 05, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously make a report or statement to Sevierville Police Department Patrolman Jacob Mattern and/or Detective Graham Brantley, about an offense or incident knowing that such report or statement was false, in violation of T.C.A. 39-16-502, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT FIVE

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 05, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowing and feloniously make, present, or use any record, document or thing with knowledge of its falsity and with the intent to affect the course or outcome of the investigation or official proceeding, to wit: did file a false statement in an affidavit about an offense or incident to Sevierville Police Department Patrolman Jacob Mattern and/or Detective Graham Brantley, in violation of T.C.A. §39-16-503, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT SIX

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 05, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously violate or attempt to violate the civil rights of Matt Evans by intimidation, by injuring or threatening to injure or coercing Matthew Evans, with the intent to intimidate Matthew Evans from the free exercise or enjoyment of any right or privilege protected by the constitution or laws of the United States or the constitution of the laws of the State of Tennessee by filing a false report falsely alleging an assault on Erik Adam Cooper by Matthew Evans in violation of T.C.A. 39-17-309 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT SEVEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 11, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously violate or attempt to violate the civil rights of Matt Evans by intimidation, by injuring or threatening to injure or coercing Matthew Evans, with the intent to intimidate Matthew Evans from the free exercise or enjoyment of any right or privilege protected by the constitution or laws of the United States or the constitution of the laws of the State of Tennessee by filing a false report falsely alleging an assault on Erik Adam Cooper in an application and prosecution of an Order of protection against Matthew Evans in violation of T.C.A. 39-17-309 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT EIGHT

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 11, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously, made a statement with the intent to deceive defined as perjury by T.C.A. 39-16-702, that was material during or in connection with an official proceeding to wit: application and prosecution of an Order of protection against Matthew Evans in violation of T.C.A. 39-16-703 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT NINE

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **August 11, 2022**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowing and feloniously make, present, or use any record, document or thing with knowledge of its falsity and with the intent to affect the course or outcome of the investigation or official proceeding, to wit: did file a false statement in an affidavit of an Order of Protection against Matthew Evans, in violation of T.C.A. §39-16-503, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT TEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 3 through March 31, 2023**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously violate or attempt to violate the civil rights of Matt Evans by intimidation, by injuring or threatening to injure or coercing Matthew Evans, with the intent to intimidate Matthew Evans from the free exercise or enjoyment of any right or privilege protected by the constitution or laws of the United States or the constitution of the laws of the State of Tennessee by filing an application and seeking prosecution of Matthew Evans, before the Sevier County, Tennessee Grand Jury in violation of T.C.A. 39-17-309 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT ELEVEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 3 through March 31, 2023**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowing and feloniously make, present, or use any record, document or thing with knowledge of its falsity and with the intent to affect the course or outcome of the investigation or official proceeding, to wit: did file a false statement in an application seeking prosecution of Matthew Evans, before the Sevier County, Tennessee Grand Jury in violation of T.C.A. §39-16-503, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT TWELVE

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 27, 2023 through May 1, 2023** before the finding of this indictment in the State and County aforesaid, did unlawfully, knowingly and feloniously violate or attempt to violate the civil rights of Matt Evans by intimidation, by injuring or threatening to injure or coercing Matthew Evans, with the intent to intimidate Matthew Evans from the free exercise or enjoyment of any right or privilege protected by the constitution or laws of the United States or the constitution of the laws of the State of Tennessee by filing an application and seeking prosecution of Matthew Evans before the Sevier County Tennessee Grand Jury in violation of T.C.A. 39-17-309 contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT THIRTEEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 3 through March 31, 2023**, before the finding of this indictment in the State and County aforesaid, did unlawfully, knowing and feloniously make, present, or use any record, document or thing with knowledge of its falsity and with the intent to affect the course or outcome of the investigation or official proceeding, to wit: did file a false statement in an application seeking prosecution of Matthew Evans to the Sevier County, Tennessee Grand Jury in violation of T.C.A. §39-16-503, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT FOURTEEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 3, 2023 through March 31, 2023**, before the finding of this indictment in the State and County aforesaid, did unlawfully, feloniously and knowingly use coercion upon another person, to wit: Matthew Evans, with the intent to obtain services, any advantage or immunity and/or restrict unlawfully Matthew Evans's freedom of action, by seeking prosecution of Matthew Evans, falsely for assault, which is a falsity, before the Sevier County, Tennessee Grand Jury without probable cause in violation of §39-14-112, contrary to the statute, and against the peace and dignity of the State of Tennessee.

## COUNT FIFTEEN

The Grand Jurors for the State of Tennessee, having been duly summoned, elected, impaneled, sworn, and charged to inquire for the body of the County and State aforesaid, present that **ERIK ADAM COOPER** on or about **March 27, 2023 through May 1, 2023**, before the finding of this indictment in the State and County aforesaid, did unlawfully, feloniously and knowingly use coercion upon another person, to wit: Matthew Evans, with the intent to obtain services, any advantage or immunity and/or restrict unlawfully Matthew Evans's freedom of action, by seeking prosecution of Matthew Evans, falsely for assault, which is a falsity, before the Sevier County, Tennessee Grand Jury without probable cause in violation of §39-14-112, contrary to the statute, and against the peace and dignity of the State of Tennessee.

James B. Dunn

DISTRICT ATTORNEY GENERAL

STATE OF TENNESSEE, COUNTY OF SEVIER
I, Karen Atchley, Circuit Court Clerk
Certify this to be an exact copy of:
Presentments
as appears of record in my office. Attest this
5 day of June 2023.
[signature]
Karen Atchley, Circuit Court Clerk or Deputy Clerk

23CR-514 (III)

True Bill

1. Jim Medlin
FOREMAN OF THE GRAND JURY
2. Rosie Kerr
3. Tammy Tuttle
4. David R. Hower
5. Fuada Chester
6. [illegible]
7. Savannah Oldham
8. Chyenne Crowell
9. Steve McClure
10. Mark Gilbert
11. Wesley George

Witness sworn by me in the presence
12. [illegible]
13. [illegible] Bailey

NO.:
PRESENTMENT SEALED

STATE OF TENNESSEE
VS.

ERIK ADAM COOPER

2 Count(s) of FALSE REPORTS TO OFFICER
4 Count(s) of ACTS OF CIVIL RIGHTS INTIMIDATION
5 Count(s) of TAMPERING WITH EVIDENCE
2 Count(s) of EXTORTION
2 Count(s) of AGGRAVATED PERJURY

Prosecutor

GRAHAM BRANTLEY-SPD
TIM WILLIAMS-GPD
JERRY MERICA-GPD
MATTHEW EVANS-PP

of the Grand Jury 5-1-23.

Jim Medlin
Foreman of the Grand Jury

Filed ______ day of ____________, 2____

____________________________ Clerk

LIST OF WITNESSES:

GRAHAM BRANTLEY-SPD
TIM WILLIAMS-GPD
JERRY MERICA-GPD
MATTHEW EVANS -PP
JACOB MATTERN- SPD
ALEX JOHNSON

STATE OF TENNESSEE, COUNTY OF SEVIER
I, Karen Atchley, Circuit Court Clerk
Certify this to be an exact copy of:
Presentment
as appears of record in my office. Attest this
5 day of June 2023.
[signature]
Karen Atchley, Circuit Court Clerk or Deputy Clerk

4:15 pm
CIRCUIT COURT
HOUR [illegible] P.M
MAY 01 2023
KAREN ATCHLEY, CLERK
SEVIER COUNTY, TN

Clerk: Summon all named witnesses for the State.
JAMES B. DUNN
DISTRICT ATTORNEY GENERAL