FILED

2025 MAR -5 AM 11: 19

US DISTRICT COURT
EASTERN DIST. TENN.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **ERIK COOPER** | ) | |
| | ) | **No. 3:24-cv-00134-KAC-JEM** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **JAMES BRUCE DUNN,** | ) | |
| **RONALD CROCKETT NEWCOMB,** | ) | |
| **JAMES MEDLIN,** | ) | |
| **MICHAEL R. HODGES, JR.** | ) | |
| **SEVIER COUNTY, AND DOES 1 - 50,** | ) | |
| **inclusive,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COMPLAINT AND RESPONSES IN OPPOSITION TO ALL PENDING MOTIONS TO DISMISS**

---

In accordance with Federal Rule of Evidence 201, Plaintiff respectfully requests this Honorable Court, in its consideration of the Complaint [Doc. 1] and responses in opposition to all pending motions to dismiss filed [Docs. 26, 27, 40, 78, 86], take judicial notice of the following documents, papers, records, and information of the Supreme Court of the United States contained in the exhibits attached hereto, namely:

1. Exhibit A is a true and correct copy of Plaintiff's Petition for Writ of Certiorari and supplemental appendix incorporated therewith filed in the Supreme Court of the United States and assigned docket number 24-747 ("Supreme Court Action"); and

2. Exhibit B is a true and correct copy of the State of Tennessee's waiver filed in the Supreme Court Action.

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Fed. R. Ev. 201(b).* The Court may take judicial notice of its own records and records of other court cases.

The Court may take judicial notice at any stage of the proceeding. *Fed. R. Ev. 201(d).*

The Plaintiff recognizes this Honorable Court entered its Order Staying Action [Doc. 102] on January 16, 2025, shortly after the Plaintiff filed his Notice of Filing of Petition for Writ of Certiorari in the Supreme Court of the United States [Doc. 101] in this action on January 7, 2025, shortly after the Supreme Court of the United States granted Plaintiff's motion for leave to file his petition for writ of certiorari with supplemental appendix under seal[1] on January 13, 2025, and shortly after the Honorable Clerk of the Supreme Court of the United States docketed Plaintiff's Supreme Court Action on January 14, 2025. Records of the Clerk of the Supreme Court of the United States may be accessed through the Clerk's web site.[2]

Respectfully submitted for filing on this, the fifth day of March, 2025.

Respectfully submitted by:

ERIK COOPER
Post Office Box 1413
Gatlinburg, Tennessee 37738
Tel: (865) 438-0892
CooperErik@aol.com

*Plaintiff In Propria Persona*

1 Assigned motion number 24M48 by the Honorable Clerk of the Supreme Court of the United States.
2 https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/24-747.html.